UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEREMIAH JERMAINE LOVE (#422852)

VERSUS                                      CIVIL ACTION

MISTY COWART, ET AL                         NUMBER 10-17-RET-SCR

ORDER

IT IS ORDERED that the Clerk shall file the complaint brought pursuant to 42 U.S.C. § 1983 in the above-captioned matter without prepayment of a filing fee.

IT IS FURTHER ORDERED that the determination of pauper status is deferred to the United States District Court for the Western District of Louisiana after transfer of this case to that Court.

Baton Rouge, Louisiana, January 8, 2010.

/s/ Stephen C. Riedlinger

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE